USDC SCAN INDEX SHEET










ANDY    1/24/00    9:53
3:99-CV-00659    KANG V. U LIM AMERICA INC
*11*
*M.*

ORIGINAL FILED

00 JAN 21 PM 3:43

1  JOHN S. BATTENFELD (SBN 119513)
   MELISSA M. MULKEY (SBN 186775)
2  MORGAN, LEWIS & BOCKIUS LLP
   Twenty-Second Floor
3  300 South Grand Avenue
   Los Angeles, California 90071-3132
4  Telephone: (213) 612-2500
   Facsimile: (213) 612-2554
5
   Attorneys for Defendants
6  U. LIM AMERICA INC. and
   TAE JIN YOON
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 SOO CHEOL KANG,                    )  Case No. 99cv659JM (RBB)
                                      )
12              Plaintiff,            )  **DEFENDANTS' NOTICE OF MOTION
                                      )  AND MOTION FOR SUMMARY
13      v.                            )  JUDGMENT, AND, IN THE
                                      )  ALTERNATIVE, FOR SUMMARY
14 U. LIM AMERICA, INC. TAE JIN YOON, )  ADJUDICATION OF CLAIMS**
   an individual and DOES 1 through 100)
15                                    )  DATE: Tuesday, February 22, 2000
                Defendants.           )  TIME: 10:30 a.m.
16                                    )  COURTROOM: 6
                                      )
17                                    )  DISCOVERY CUT-OFF: January 17, 2000
                                      )  MOTION HEARING CUT-OFF: February 21, 2000*
18                                    )  PRE-TRIAL CONFERENCE: March 17, 2000
                                      )  TRIAL: April 11, 2000
19 _____)
                                         Before the Honorable: Jeffery T. Miller
20

21 ////

22 ////

23 ////

24 ////

25 ////

26 ////

27 *   Due to the court holiday on Monday, February 21, 2000, the Court has confirmed that the
28     February 22, 2000 hearing date is timely.

1-LA/502307.1

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on February 22, 2000 at 10:30 a.m. in Courtroom 6 of the above-entitled Court, located at 880 Front Street, San Diego, California, Defendants U. Lim America Inc. ("U. Lim") and Tae Jin Yoon (collectively "Defendants") will and hereby do move the Court for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in its favor.

This Motion is made on the following grounds:

1. The undisputed facts demonstrate that Plaintiff Soo Cheol Kang ("Kang") was an employee at-will. Thus, Kang cannot maintain an action for breach of an alleged employment contract.

2. Even if Kang could overcome the at-will presumption, the undisputed facts demonstrate that U. Lim terminated his employment for cause, and thus did not breach the implied contract.

3. Because Kang was an at-will employee and U. Lim terminated his employment for cause, Kang cannot maintain a cause of action for breach of the covenant of good faith and fair dealing.

4. It is undisputed that Kang filed this action one year and two weeks after the termination of his employment with U. Lim. Thus, Kang's claim for wrongful termination in violation of public policy is barred by the one-year statute of limitations.

5. Kang cannot maintain an action under Title VII of the Civil Rights Act of 1964 ("Title VII") against U. Lim because U. Lim did not employ fifteen or more employees during the relevant time frame.

6. Kang cannot maintain a Title VII or FEHA action against Defendant Tae Jin Yoon because he was not Kang's employer, and there is no individual liability under Title VII or the FEHA as a matter of law.

7. Kang cannot maintain a claim under the California Fair Employment and Housing Act ("FEHA") against Defendants because it is undisputed that he worked in Tijuana,

Mexico, the alleged discrimination occurred in Tijuana, Mexico, and the FEHA does not provide relief for acts of discrimination occurring outside the United States.

8. Given the undisputed facts, even if Title VII or the FEHA apply, Kang's claim that he was terminated and/or harassed due to his national origin fail as a matter of law. Further, Kang's harassment claims are barred by the limitations period under both Title VII and the FEHA.

9. For the same reasons that Defendants are entitled to summary judgment on Kang's Title VII and FEHA claims, they are entitled to summary judgment on his claim for wrongful termination in violation of public policy.

This Notice will be based upon this Notice, the accompanying Memorandum of Points and Authorities, Proposed Statement of Uncontroverted Facts, Declaration of John S. Battenfeld and the exhibits attached thereto, the Declaration of Jae Ho Cho, and upon any further oral and documentary evidence and argument that may be presented at or prior to the time of the hearing of this Motion.

Defendants further move that if summary judgment is not rendered in their favor for all of the relief prayed for herein, that the Court grant Defendants partial summary judgment and ascertain what material facts are actually in good faith controverted, and thereupon make an order specifying the facts that appear without substantial controversy and directing such further proceedings in the action as are just.

DATED: January 21, 2000

JOHN S. BATTENFELD
MELISSA M. MULKEY
MORGAN, LEWIS & BOCKIUS LLP

By _____
John S. Battenfeld
Attorney for Defendants U. Lim America Inc.
and Tae Jin Yoon

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 22nd Floor, Los Angeles, California 90071.

On January 21, 2000, I caused the foregoing document described as **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, AND, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF CLAIMS** to be served by mail upon the person(s) shown below, by placing a true and correct copy (copies) thereof in an envelope (envelopes) addressed as follows:

Richard E. Grey
LAW OFFICES OF RICHARD E. GREY
409 Camino Del Rio South, Suite 303
San Diego, California 92108

sealing said envelope(s), and placing it (them) for collection and mailing on that same date following the ordinary business practices of Morgan, Lewis & Bockius LLP, at its place of business, located at 300 South Grand Avenue, 22nd Floor, Los Angeles, California 90071. I am readily familiar with the business practices of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practices the envelope(s) would be deposited with the United States Postal Service that same day in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 21, 2000 at Los Angeles, California.

SHARON L. SCOTT                         _Shawn L. Scott_
                                         Signature

__ Service on one or more parties is (also) being done by personal service and a Proof of Personal Service will be filed with the court forthwith.

1-LA/502307.1                                                          99cv0659