USDC SCAN INDEX SHEET

















ANDY   2/3/00   8:46

3:99-CV-00659   KANG V. U LIM AMERICA INC

*16*

*APPL.*

1  **LAW OFFICE OF RICHARD E. GREY**
   RICHARD E. GREY, Bar No. 157406
2  409 Camino Del Rio South, Suite 303
   San Diego, California 92108
3  (619) 543-9300

4  **Attorney for Plaintiff SOO CHEOL KANG**

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **SOUTHERN DISTRICT OF CALIFORNIA**

10 | SOO CHEOL KANG                    )    **CASE NO.  99CV659JM (RBB)**
                                      )
11 |          **PLAINTIFF,**          )    **EX PARTE APPLICATION FOR**
                                      )    **ORDER CONTINUING HEARING**
12 | **v.**                           )    **DATE FOR DEFENDANT'S**
                                      )    **MOTION FOR SUMMARY**
13 | **U.LIM AMERICA, INC.  a California**   )    **JUDGMENT**
   | **corporation; TAE JIN YOON,**   )
14 | **and DOES 1 to 100**            )
                                      )
15 |          **DEFENDANTS.**         )
   |_____)

16

17       TO EACH PARTY AND ATTORNEYS OF RECORD IN THIS ACTION:

18       **PLEASE TAKE NOTICE THAT** Plaintiff SOO CHEOL KANG hereby applies to this Court for

19 a continuance of the hearing date for defendants' Motion for Summary Judgment, which motion is

20 presently scheduled to be heard on February 22, 2000.  The opposition is presently due on February 8,

21 2000.  Plaintiff is requesting a 1 week continuance of the hearing date in order the Plaintiff's opposition

22 thereto may be submitted on February 15, 2000.

23       This application is made on the grounds that:

24       b)      the deposition of TAE JIN YOON was originally noticed for December
                 20, 1999 and has been rescheduled twice for defendant's convenience.
25               Futhermore, defendants have now informed Plaintiff's counsel on
                 Tuesday, February 1, 2000, that this witness will not be available for
26               testimony subsequent to Wednesday, February 2, and accordingly his
                 testimony cannot be concluded prior to some indefinite future date;

27       b)      TAE JIN YOON was the principal acting defendant in committing the
                 wrongful acts alleged in Plaintiff's complaint, including but not limited to
28

physically striking Plaintiff, verbally abusing Plaintiff and otherwise subjecting Plaintiff to intolerable working conditions based upon Plaintiff's national origin, and as such, his testimony has critical bearing upon the contentions raised by defendant in support of its Rule 12 motion, including but not limited to their contentions that Plaintiff was not terminated from employment at U.LIM, that Plaintiff was not subjected to intolerable working conditions at U.LIM, and that Plaintiff's treatment while employed at U.LIM was not discriminatory; and

c)    Plaintiff has been deprived of key witness testimony by the wrongful acts of defendant in threatening and intimidating material witness RAUL CARILLO, which subornation of testimony is the subject of Plaintiff's separate ex parte application for admission of CARILLO's declaration into evidence or issuance of letters rogatory compelling this witness' deposition, which ex parte application is being filed concurrently herewith.

As the aforementioned factors have resulted in substantial prejudice to Plaintiff's ability to oppose this dispositive motion, Plaintiff accordingly asks leave of this Court for a continuance of the Rule 12 motion hearing date until February 28, 2000 and corresponding extension of the opposition and reply dates thereto.

This application is based upon this application, the declaration of Richard E. Grey, filed concurrently herewith, and the Plaintiff's aforementioned Ex Parte Application re: CARILLO's testimony and all documents filed in support thereof.

LAW OFFICE OF RICHARD E. GREY

Dated: __2/2/00__

By: Richard E. Grey, Attorney for Plaintiff