USDC SCAN INDEX SHEET

















```
LMH    3/7/00    9:22
3:99-CV-00659   KANG V. U LIM AMERICA INC
*44*
*CLKJGM.*
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE        Case Number: 3:99-cv-00659

Kang - plaintiff

v.

U Lim America Inc - defendant



__  JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ DECISION BY COURT.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered

IT IS ORDERED AND ADJUDGED that Defendants' motion for summary judgment is granted on all claims, Clerk of Court is instructed to enter final judgment and close the file . . . . . . . . . . . . . . . . . . . . . . . .

//

//

//

//

//

| 3/7/00 | Roberta Westdal |
|--------|-----------------|
| Date   | Clerk           |

by L. Hernandez, Deputy Clerk

Entered on 3/7/00

pre - Miller
ref - Brooks

44